1490 REALTY CORP. v. HELEN C. McCABE et al. In the Matter of the Application of OLIVER C. WAGSTAFF, as Trustee, et al., for Leave to Sell Real Property. 1490 REALTY CORP.; FELIX A. MULDOON, as Guardian ad litem for SARA A. VANNECK, et al., Infants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 997.]

FRANK A. LEDWITH V. HUGO IGNATIUS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 997.]

116 EAST 57TH STREET, INC., v. H. LEO GOULD et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 273 App. Div. 1000.]

In the Matter of the Application to Stay Arbitration between BUSTER BOY SUIT Co., INC., and SPRINGS COTTON MILLS.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 1005.]

THOMAS G. CROWE V. ELMHURST CONTRACTING Co., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 999.]

In the Matter of WILLIAM ANNETTE, Doing Business under the Name of TRI-BORO RADIO PUBLISHING Co., against NEW YORK TELEPHONE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 997.]

ELIAS M. LOEW v. MATT SHELVEY, as National Administrative Director of American Guild of Variety Artists, Branch of Associated Actors and Artists of America, A. F. of L., JIMMY SAVO.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 273 App. Div. 956.]

RACHEL LEVINE v. LOUIS LEVINE.— Motion for leave to appeal to the Court of Appeals or for reargument denied and stay vacated. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 1004.]

IRVING S. WHITING et al. v. TOWER'S STORES, Incorporated.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 1001.]

1407 BROADWAY REALTY CORP. v. ESTHER SHEBY et al. 1407 BROADWAY REALTY CORP. v. HARRY M. SACKS et al. 1407 BROADWAY REALTY CORP. v. HARRY FISHER et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 273 App. Div. 1003.]

LOUIS LEVIN v. 123 EAST 54TH STREET, INC.— Motion for leave to appeal to the Court of Appeals or for reargument and a stay denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 756.]